UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PAMELA BAXTER, ) | |
| ) | |
| Plaintiff, ) | 2:11-cv-1293-GMN-RJJ |
| ) | |
| vs. ) | |
| ) | |
| VALLEY HEALTH SYSTEM, LLC. ) | O R D E R |
| ) | |
| Defendant, ) | |

This matter is before the Court on Plaintiff's Motion to Compel Discovery (#27).

The Court having reviewed the Motion to Compel (#27) and the Response (#28) finds that Plaintiff failed to comply with Fed. R. Civ. P. 37 and Local Rule 26-7(b) in that she failed to meet and confer with opposing counsel before filing this discovery motion. Good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Discovery (#27) is **DENIED**.

IT IS FURTHER ORDERED that Defendant's request for sanctions is **DENIED**.

DATED this  23d  day of May, 2012

_____
ROBERT J. JOHNSTON
United States Magistrate Judge