UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PAMELA BAXTER, ) | |
| ) | |
| Plaintiff, ) | 2:11-cv-1293-GMN-RJJ |
| ) | |
| vs. ) | |
| ) | |
| VALLEY HEALTH SYSTEM, LLC, ) | O R D E R |
| ) | |
| Defendant, ) | |

Plaintiff, Pamela Baxter is advised that **a hearing is scheduled for August 21, 2012, at 9:00 AM** on Defendant's Countermotion to Compel Discovery and to Stay the Dispositive Motion Due Date (#32). The hearing will be held in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. S., Las Vegas, Nevada.

IT IS HEREBY ORDERED that Plaintiff, Pamela Baxter is required to be present at said hearing. Failure to attend the hearing will result in an Order to Show Cause being issued by the Court.

IT IS FURTHER ORDERED that the Clerk shall serve this Order on the Plaintiff, Pamela Baxter, by certified mail, return receipt requested.

DATED this  26th   day of July, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge