UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PAMELA BAXTER,             Plaintiff,<br><br>vs.<br><br>SPRING VALLEY HOSPITAL &<br>MEDICAL CENTER, et al.<br><br>            Defendants. | 2:11-cv-01293-GMN-NJK<br><br><br>**O R D E R** |

This matter comes before the Court on Plaintiff's Motion Invoking Protection of Rights (#70) and Plaintiff's Second Motion for Appointment of Counsel (#71). The Court has considered the Plaintiff's Motions (#70) and (#71) and the Defendants' Response (#73).

**DISCUSSION**

On November 21, 2012, the Plaintiff filed a Motion to Invoke Protection of Rights and for Appointment of Counsel (#60). The Court denied that Motion (#60) because the Plaintiff "failed to show any circumstances compelling the appointment of counsel." Order (#65). The present Motions (#70) and (#71) are virtually identical to Motion (#60). The Plaintiff has failed to show any circumstances compelling the appointment of counsel.

...

...

...

# CONCLUSION

Based on the foregoing, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Plaintiff's Motion Invoking Protection of Rights (#70) is **DENIED**.

**IT IS FURTHER ORDERED** that the Plaintiff's Second Motion for Appointment of Counsel (#71) is **DENIED**.

DATED this 4th day of March, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge