1
2
3
4
5
6
7                               UNITED STATES DISTRICT COURT
8                                      DISTRICT OF NEVADA
9                                                * * *
10   PAMELA BAXTER,                              )
                                                 )
11                                               )
                            Plaintiff,           )         2:11-cv-01293-GMN-NJK
12                                               )
     vs.                                         )
13                                               )
     SPRING VALLEY HOSPITAL &                    )
14   MEDICAL CENTER, et al.                      )         **O R D E R**
                                                 )
15                                               )
                            Defendants.          )
16                                               )

17       This matter comes before the Court on Plaintiff's Motion Invoking Protection of Rights
18   (#70) and Plaintiff's Second Motion for Appointment of Counsel (#71). The Court has
19   considered the Plaintiff's Motions (#70) and (#71) and the Defendants' Response (#73).
20                                           **DISCUSSION**
21       On November 21, 2012, the Plaintiff filed a Motion to Invoke Protection of Rights and
22   for Appointment of Counsel (#60). The Court denied that Motion (#60) because the Plaintiff
23   "failed to show any circumstances compelling the appointment of counsel." Order (#65). The
24   present Motions (#70) and (#71) are virtually identical to Motion (#60). The Plaintiff has failed
25   to show any circumstances compelling the appointment of counsel.
26   ...
27   ...
28   ...

# CONCLUSION

Based on the foregoing, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Plaintiff's Motion Invoking Protection of Rights (#70) is **DENIED**.

**IT IS FURTHER ORDERED** that the Plaintiff's Second Motion for Appointment of Counsel (#71) is **DENIED**.

DATED this 4th day of March, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge