UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PAMELA BAXTER,<br><br>                Plaintiff,<br><br>vs.<br><br>SPRING VALLEY HOSPITAL &<br>MEDICAL CENTER, et al.,<br><br>                Defendants. | 2:11-cv-01293-JAD-NJK<br><br>ORDER SETTING HEARING |

Before the Court is Defendant Valley Health Systems' Proposed Pretrial Order and Request for Status Hearing. Docket No. 94. Defendant represents that prior to submitting their proposed pretrial order they attempted to communicate with Plaintiff to seek her cooperation in the preparation of the proposed pretrial order, but Plaintiff did not agree with its contents. The Court hereby **SETS** a status hearing to determine if Plaintiff plans to participate in preparing a joint pretrial order for October 6, 2014, at 11:00 a.m. in Courtroom 3D. Plaintiff and attorneys for Defendant are required to be present for the above status hearing. Failure to comply with the requirements set forth in this order may subject the non-compliant party to sanctions.

      **IT IS SO ORDERED.**

      DATED: September 17, 2014

                                                    _____
                                                    NANCY J. KOPPE
                                                    United States Magistrate Judge