

```
___/___FILED          _____RECEIVED
_____ENTERED         _____SERVED ON
                      COUNSEL/PARTIES OF RECORD

       NOV 1 9 2014

       CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Pamela Baxter        Plaintiff,

vs.                                               District No.   2:11-cv-01293-JAD-NJK

Spring Valley Hospital and Medical Center

            Defendant.

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On Nov. 18th, 2014 this court received a transcript request from Defense Counsel Elayna J. Youchah, dated Nov. 18th, 2014 requesting a Transcript of the sealed Settlement Conference held on Nov. 7th, 2014.

**IT IS THE ORDER OF THE COURT** that the sealed recording of the Settlement Conference shall be unsealed by the Clerk for the limited purpose of providing a transcript of the hearing as requested by Defense Counsel Elayna J. Youchah .

**IT IS FURTHER ORDERED** that the sealed recording shall thereafter be resealed by the Clerk, until further order of this Court.

DATED this 19th day of Nov. 2014.

_____
Nancy J. Koppe
United States Magistrate Judge