# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| PAMELA BAXTER, | ) | |
| Plaintiff(s), | ) | Case No. 2:11-cv-01293-JAD-NJK |
| vs. | ) | ORDER |
| SPRING VALLEY HOSPITAL & MEDICAL CENTER, et al., | ) | (Docket No. 104) |
| Defendant(s). | ) | |

Pending before the Court is Defendants' emergency motion to enforce settlement and response to Plaintiff's motions. Docket No. 104. Defendants represent that the motion is sought on an emergency basis because the deadline to file a stipulation of dismissal and proposed order to dismiss is December 1, 2014. Docket No. 100. Any response to Defendants' motion shall be filed no later than December 8, 2014, and any reply shall be filed no later than December 10, 2014. Accordingly, the deadline to file a stipulation of dismissal and proposed order to dismiss is **EXTENDED** to December 16, 2014.

IT IS SO ORDERED.

Dated: November 24, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge