# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Pamela Baxter,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Spring Valley Hospital and Medical Center, et al.,<br><br>　　　　Defendants. | Case No.: 2:11-cv-1293-JAD-NJK<br><br>**Order Directing Additional Filing Under Seal** |

　　　　Before the court is Defendant's Emergency Motion to Enforce Settlement. Doc. 104. The Declaration of Elayna J. Youchah in support of the motion represents, "The agreement was detailed in a written Settlement Agreement that the parties executed in open court during the settlement conference." Doc. 104-4 at 3, ¶ 3. The reply brief further represents that, "in addition to placing the agreement's material terms on the record, the parties executed a fully integrated written Settlement Agreement" and its "terms accurately reflect the parties' bargain." Doc. 111 at 1 & 7. It does not appear, however, that a copy of this document has been provided to the court.

　　　　To determine whether the settlement agreement should be enforced, I must consider whether the agreement is complete. IT IS HEREBY ORDERED that defendant shall file, under seal, by January 16, 2015, a true and correct copy of the written settlement agreement so the court can determine the completeness of the agreement.

　　　　DATED: January 13, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge