Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Steven C. Anderson, Bar No. 11901
Steven.Anderson@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA BAXTER,<br><br>Plaintiff,<br><br>v.<br><br>SPRING VALLEY HOSPITAL & MEDICAL CENTER, as a wholly owned subsidiary of VALLEY HEALTH SYSTEMS, NITA MATHEWS, Human Resources Generalist, and ROES I through X, inclusive,<br><br>Defendants. | Case No. 2:11-CV-01293-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The undersigned parties, by and through their respective counsel of record, stipulate and agree that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 21st day of January, 2015.

| PAMELA BAXTER | JACKSON LEWIS P.C. |
|---|---|
| /s/ Pamela Baxter | /s/ Elayna J. Youchah |
| Pamela Baxter | Elayna J. Youchah, Bar No. 5837 |
| 5230 Fog Run Ct. | Steven C. Anderson, Bar No. 11901 |
| North Las Vegas, Nevada 89031 | 3800 Howard Hughes Parkway, Ste. 600 |
| *Pro Per Plaintiff* | *Attorneys for Defendants* |

## **ORDER**

Based on the parties' stipulation and good cause appearing, it is HEREBY ORDERED that this case is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to close this case.

Dated: January 21, 2015.

UNITED STATES DISTRICT JUDGE